# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JHONNY TRAVIEZO-VELASQUE,<br>MARTHA ACEVEDO-CARINO, and<br>DAVID CABRERA-VASQUEZ,<br><br>        Defendants. | 8:19CR177<br><br>ORDER |

IT IS ORDERED:

1. The Government's Motion to Dismiss Forfeiture Allegation, ECF No. 69, is granted; and

2. The Forfeiture Allegation contained within the Indictment, ECF No. 1, is dismissed as to all Defendants.

Dated this 11th day of February 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge